### 4399. HALLIBURTON v. HARSHFIELD BROTHERS.

RUSSELL, J. Since the verdict rendered in the justice's court was not demanded by the evidence, the judge of the superior court did not err in sustaining the certiorari and remanding the case for another trial. *Fair v. Metropolitan Life Insurance Company,* 2 Ga. App. 376 (58 S. E. 492).

*Judgment affirmed.*

DECIDED MAY 6, 1913.

Certiorari; from Bibb superior court—Judge Harris. July 24, 1912.

*Mallery & Wimberly,* for plaintiff in error.

*Hardeman, Jones, Park & Johnston,* contra.